IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 24-cv-1396 |
| v. | ) | |
| | ) | Honorable Georgia N. Alexakis |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **August 12, 2025**, at **9:30 a.m.**, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Georgia N. Alexakis, or any judge sitting in his stead, in **Courtroom 1719** of the U.S. District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn St., Chicago, Illinois, and shall then and there present ***WILLIAMS DEFENDANT OFFICERS' OPPOSED MOTION TO DEFER SUMMARY JUDGMENT SCHEDULING.***

DATED: August 7, 2025                    Respectfully submitted,


                                         */s/ Neha S. Locke*
                                         Counsel for Individual Defendant Officers


Shneur Nathan
Avi Kamionski
Helen O'Shaughnessy
Neha Locke
Ashley Brody
NATHAN & KAMIONSKI, LLP
206 S. Jefferson St.
Chicago, IL  60661

## CERTIFICATE OF SERVICE

    I, the undersigned attorney, hereby certify that I caused the foregoing document to be filed with the Court's CM/ECF system, which provided electronic notice and a copy of the same to all counsel of record.

                                                      */s/     Neha S. Locke*