IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS,<br>    *Plaintiff*,<br><br>v.<br><br>CITY OF CHICAGO, et al.,<br>    *Defendants*. | Case No. 24-cv-1396<br><br>Judge Georgia N. Alexakis<br>Magistrate Judge Young B. Kim |

## OFFER OF JUDGMENT

Defendant City of Chicago ("City"), by its attorneys, Taft Stettinius & Hollister LLP, , pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") and in order to resolve all claims against all parties in this matter, hereby offers:

To allow judgment to be entered against the City in the amount of Five Hundred Thousand and No/100 Dollars ($500,000.00), inclusive of any and all reasonable attorneys' fees and costs, and in favor of plaintiff Michael Williams ("Plaintiff") for any and all claims brought in this lawsuit, under the following conditions:

(a)      Plaintiff agrees to indemnify and hold harmless the City, and its future, current or former officers, agents and employees including, but not limited to, Nicholas Evangelides, Dale Potter Jr., Scott Reiff, Brian Roney and Marc LaPadula ("Defendant Officers"), from any claims, losses, damages or expenses, including attorneys' fees and costs, incurred, or which may be incurred, by reason of any lien or any other claim or interest held by any person, entity or corporation against any moneys received or to be received by Plaintiff under this Offer of Judgment.

(b) Plaintiff, upon advice of counsel, understands and agrees that pursuant to this Offer of Judgment, Plaintiff does hereby release and forever discharge on behalf of himself and his family, spouse or significant others, heirs and legal representatives, executors, administrators and assigns, any and all claims he had or has against Nicholas Evangelides, Dale Potter Jr., Scott Reiff, Brian Roney and Marc LaPadula, and the City of Chicago and its future, current, or former officers, agents, and employees, including but not limited to any and all claims he had, has or may have in the future, under local, state, federal, or any other law or rule, arising either directly or indirectly out of the incident and allegations which were the basis for this litigation, whether or not alleged, and that such release and discharge also is applicable to any and all unnamed and/or unserved defendants.

(c) Pursuant to Chicago Municipal Code Sec. 1-19-040, the City shall set off any sums that the Plaintiff owes the City against any sums due to the Plaintiff under this Offer of Judgment.

(d) This Offer of Judgment is made for the purposes specified in Rule 68 of the Fed. R. Civ. P., and is not an admission of liability, or of unconstitutional or illegal conduct by or on the part of any of the Defendant Officers and/or the City of Chicago and/or its future, current or former officers, agents and employees, and shall not serve as evidence of any wrongdoing or admission of wrongdoing by or on the part of any of the Defendant Officers and/or the City of Chicago and/or its future, current or former officers, agents and employees. This Offer of Judgment is made to avoid the uncertainty and risk of the outcome of litigation and the expense in time and money of further litigation and for the purpose of judicial

economy. This Offer of Judgment is further intended to fully and finally resolve all of Plaintiff's claims brought, or that could have been brought, in this action, including without limitation any and all claims for compensatory damages, statutory damages, attorneys' fees, litigation expenses and costs of this lawsuit.

(e) This Offer of Judgment is contingent upon Plaintiff's voluntary dismissal with prejudice of all claims brought, or that could have been brought, in this lawsuit against the Defendants Officers.

Pursuant to Rule 68(d) of the Fed. R. Civ. P., if Plaintiff does not accept this offer, he may, among other consequences, become obligated to pay Defendants' costs incurred after the making of this Offer of Judgment in the event that he does not recover a judgment that is more favorable than this Offer of Judgment.

This Offer of Judgment shall not be filed with the Court unless: (i) accepted by Plaintiff; or (ii) in a proceeding to enforce the Offer of Judgment or determine the reasonableness hereof.

To accept this Offer of Judgment, Plaintiff must serve written notice of the acceptance within 14 days of the date that this Offer of Judgment was made. Upon acceptance of this Offer, the parties will seek entry of the judgment by the Court. Plaintiff will be paid sixty (60) days after the judgment is entered by the Court and which shall be payable solely by the City.

Dated: February 2, 2026

Respectfully submitted,

**CITY OF CHICAGO**

By: _/s/ Michael P. Sheehan_
One of its Attorneys

Michael P. Sheehan
Barton O'Brien
Ioana M. Guset
Yeoeun C. Yoon
Taft Stettinius and Hollister LLP

3

111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011
msheehan@taftlaw.com
bobrien@taftlaw.com
iguset@taftlaw.com
yyoon@taftlaw.com

197611783v4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 24-cv-1396 |
| CITY OF CHICAGO, et al. | ) ) Judge Georgia N. Alexakis |
| Defendants, | ) ) ) |

NOTICE OF ACCEPTANCE

Pursuant to Rule 68(a), Plaintiff Michael Williams accepts the Offer of Judgment presented to him by the City of Chicago on February 2, 2026.

Date: February 16, 2026

Respectfully Submitted,

/s/Jonathan Manes
Jonathan Manes
Alexa Van Brunt
Roderick & Solange MacArthur Justice Center
160 E. Grand Ave, 6th Fl.
Chicago, IL 60611
(312) 503-0012
jonathan.manes@macarthurjustice.org
alexa.vanbrunt@macarthurjustice.org

Elizabeth Mazur
Hughes Socol Piers Resnick & Dym, Ltd
70 W. Madison, Suite 4000
Chicago, Illinois 60603
(312) 580-0100
emazur@hsplegal.com

Daniel Massoglia
Hannah Marion
First Defense Legal Aid
601 S. California Ave.
Chicago, IL 60612
daniel@first-defense.org
hannah@first-defense.org