**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 24-cv-1396 |
| | ) |
| CITY OF CHICAGO, et al. | ) Judge Georgia N. Alexakis |
| | ) |
| Defendants, | ) |
| | ) |

**JOINT MOTION TO VOLUNTARILY DISMISS ALL CLAIMS AGAINST THE
INDIVIDUAL DEFENDANT OFFICERS WITH PREJUDICE**

Plaintiff hereby moves, pursuant to Rule 41(a)(2) and the inherent power of the Court, to voluntarily dismiss Defendants Nicholas Evangelides, Dale Potter Jr., Scott Reiff, Brian Roney, and Marc Lapadula (collectively, the "Individual Defendant Officers) from this action with prejudice, with each side bearing its costs. This motion is agreed by all parties. In support of this motion, Plaintiff states as follows:

1.      This action is brought by Plaintiff Michael Williams against the City of Chicago and the Individual Defendant Officers.

2.      Plaintiff Michael Williams has accepted a Rule 68 Offer of Judgment that was presented to him by the City of Chicago. The accepted Offer of Judgment provides for judgment to be entered only against the City of Chicago in the amount specified therein.

3.      One of the terms of the accepted Offer of Judgment is that Plaintiff voluntarily dismiss with prejudice all of the claims brought, or that could have been brought, against the Individual Defendant Officers in this lawsuit.

4.      Consistent with the accepted Offer of Judgment, Plaintiff files this motion to voluntarily dismiss with prejudice all of his claims against the Individual Defendant Officers.

5.      All parties agree to the dismissal with prejudice of all claims against the Individual Defendant Officers.

WHEREFORE, the parties respectfully ask the Court to enter an order dismissing with prejudice Defendants Evangelides, Potter, Roney, Reiff, and Lapadula, with each party bearing its costs.

Dated: February 18, 2026                          Respectfully submitted,

                                                  **Plaintiff Michael Williams**

                                        By: /s/Jonathan Manes
                                            One of his attorneys

                                            Jonathan Manes
                                            Alexa Van Brunt
                                            **Roderick & Solange MacArthur**
                                            **Justice Center**
                                            160 E. Grand Ave, 6th Fl.
                                            Chicago, IL 60611
                                            (312) 503-0012
                                            jonathan.manes@macarthurjustice.org
                                            alexa.vanbrunt@macarthurjustice.org

                                            Elizabeth Mazur
                                            **Hughes Socol Piers Resnick & Dym, Ltd**
                                            70 W. Madison, Suite 4000
                                            Chicago, Illinois 60603
                                            312.580.0100
                                            emazur@hsplegal.com

                                            Daniel Massoglia
                                            Hannah Marion
                                            **First Defense Legal Aid**
                                            601 S. California Ave.
                                            Chicago, IL 60612
                                            daniel@first-defense.org
                                            hannah@first-defense.org

2

**Individual Defendant Officers**

By: /s/Helen O'Shaughnessy
    One of their attorneys

    Shneur Nathan
    Avi Kamionski
    Helen O'Shaughnessy
    Neha Locke
    Ashley Brody
    **Nathan & Kamionski LLP**
    206 S. Jefferson St.
    Chicago, IL 60661
    (312) 612-1079
    helen@nklawllp.com


**City of Chicago**

By: /s/Michael P. Sheehan
    One of its attorneys

    Michael P. Sheehan
    Barton O'Brien
    Ioana M. Guset
    Yeoeun C. Yoon
    **Taft Stettinius and Hollister LLP**
    111 East Wacker Drive, Suite 2600
    Chicago, IL 60601
    Telephone:    (312) 527-4000
    Facsimile:    (312) 527-4011
    msheehan@taftlaw.com
    bobrien@taftlaw.com
    iguset@taftlaw.com
    yyoon@taftlaw.com

**<u>Certificate of Service</u>**

Undersigned counsel served a copy of the foregoing document upon all counsel in this case on February 18, 2026, by operation of the Court's CM/ECF system.

/s/Jonathan Manes