ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Michael Williams

Plaintiff(s),

v.

City of Chicago et al

Defendant(s).

Case No. 24-cv-1396

Judge Alexakis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☑ other: Judgment is entered in favor of Plaintiff Michael Williams and against Defendant City of Chicago in the amount of $500,000, inclusive of any and all reasonable attorneys' fees and costs. The Court grants the agreed motion [189] to voluntarily dismiss Defendants Evangelides, Potter Jr., Reiff, Roney, and Lapadula with prejudice, with each side bearing its costs.

This action was *(check one)*:

☐ tried by a jury with Judge                presiding, and the jury has rendered a verdict.
☐ tried by Judge                             without a jury and the above decision was reached.
☑ decided by Judge Alexakis

Date: 2/23/2026

Thomas G. Bruton, Clerk of Court

Steven Hotze                , Deputy Clerk